# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly Describe the property to be searched or identify the person by name and address)*<br><br>A residence located at approximate GPS coordinates 36.405947, -109.202859 in Lukachukai, Arizona 86507 | Case No. 21-137 MB |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of __Arizona__.
(identify the person or describe the property to be searched and give its location):

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As set forth in Attachment B.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before __May 26, 2021__
   *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge on duty.

_____.
   *(name)*

N/A   ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for 30 days *(not to exceed 30)*
   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __May 13, 2021 @ 11 AM__     _/s/ Michelle Burns_
                                                                                               *Judge's signature*

City and State: __Phoenix, Arizona__     Honorable Michelle H. Burns, U.S. Magistrate Judge
                                                                           *Printed name and title*

# ATTACHMENT A – PLACE TO BE SEARCHED

**ADDRESS/DESCRIPTION OF LOCATION:** A residence located at approximate GPS coordinates 36.405947, -109.202859 in Lukachukai, Arizona 86507

**DESCRIPTION OF RESIDENCE:** Small residence, brown/tan in color

**APPROXIMATE GPS COORDINATES:** 36.405947, -109.202859.

**PHOTO ATTACHED:** Yes



## **ATTACHMENT B – THINGS TO BE SEARCHED FOR AND SEIZED**

1. Any firearms, weapons or items that could be used as a weapon, pieces/parts of a weapon or ammunition/shell casings related to the assault investigation.

2. Any evidence of assault, including biological and DNA evidence, dried blood, and/or substances that appear to be blood, which may be on clothing, bedding, furniture, vehicles, or items used to clean up same.

3. Indicia of occupancy and/or ownership of the home, including mail showing a person's address; ownership documents such as deeds, tax documents, or bills of sale; leases or rental documents, identification cards; and photographs of the owners and/or occupants at or within the house or residence.

4. Any outbuildings or vehicles at the residence.

5. Cellular telephones.

6. Photographs and/or video of the residence and the things seized.

Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly Describe the property to be searched or identify the person by name and address)*<br>A residence located at approximate GPS coordinates 36.405947, -109.202859 in Lukachukai, Arizona 86507 | Case No. 21-137MB |

### ELECTRONICALLY-SUBMITTED APPLICATION FOR A SEARCH WARRANT

I, SA Ryan Gowdy, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**As further described in Attachment A.**

Located in the District of ___Arizona___, there is now concealed *(identify the person or describe the property to be seized)*:

**As set forth in Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code/Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1153, 113(a)(3) and 2 | Assault with a Dangerous Weapon (Aid and Abet) |
| 18 U.S.C. §§ 924(c)(1)(A) and 2 | Using a Firearm During a Crime of Violence (Aid and Abet) |

**The application is based on the facts contained in the attached Affidavit of Special Agent Ryan Gowdy.**

☒ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA Tracy Van Buskirk

_R. Gowdy_
*Applicant's Signature*

Telephonically Sworn

Ryan Gowdy, FBI Special Agent
*Applicant's printed name and title*

Date issued: May 13, 2021

*Judge's signature*

City and State: Phoenix, Arizona

Hon. Michelle H. Burns, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A – PLACE TO BE SEARCHED

**ADDRESS/DESCRIPTION OF LOCATION:** A residence located at approximate GPS coordinates 36.405947, -109.202859 in Lukachukai, Arizona 86507

**DESCRIPTION OF RESIDENCE:** Small residence, brown/tan in color

**APPROXIMATE GPS COORDINATES:** 36.405947, -109.202859.

**PHOTO ATTACHED:** Yes



## ATTACHMENT B – THINGS TO BE SEARCHED FOR AND SEIZED

1. Any firearms, weapons or items that could be used as a weapon, pieces/parts of a weapon or ammunition/shell casings related to the assault investigation.

2. Any evidence of assault, including biological and DNA evidence, dried blood, and/or substances that appear to be blood, which may be on clothing, bedding, furniture, vehicles, or items used to clean up same.

3. Indicia of occupancy and/or ownership of the home, including mail showing a person's address; ownership documents such as deeds, tax documents, or bills of sale; leases or rental documents, identification cards; and photographs of the owners and/or occupants at or within the house or residence.

4. Any outbuildings or vehicles at the residence.

5. Cellular telephones.

6. Photographs and/or video of the residence and the things seized.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

**ELECTRONICALLY-SUBMITTED AFFIDAVIT**

I, Ryan Gowdy, Special Agent of the Federal Bureau of Investigation, state under oath as follows:

1. Your Affiant is a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. Your Affiant is a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and is currently assigned to the Gallup, New Mexico, Resident Agency of the Phoenix, Arizona, FBI Field Division. Your Affiant has been employed as a Special Agent of the FBI since March 2016 and has received training at the Federal Bureau of Investigation Training Academy in Quantico, Virginia. In the course of his official duties, your Affiant is charged with the investigation of crimes occurring on (among other places) the Navajo Indian Reservation within the Federal District of Arizona.

2. Your Affiant has been a Special Agent (SA) with the FBI since March 2016. Your Affiant has investigated homicides, assaults, and sexual assaults.

3. The statements contained in this Affidavit are based in part on information provided to your Affiant, either directly or indirectly through reports or affidavits, surveillance conducted by law enforcement officers, and information provided by witnesses. Your Affiant also relies on his experience, training, and background as a Special

1

Agent with the FBI in evaluating this information, and on your Affiant's own work on this case.

4. Because this Affidavit is being submitted for the limited purpose of obtaining a search warrant, your Affiant has not included every fact known to your Affiant concerning this investigation. Your Affiant has set forth only the facts that your Affiant believes are necessary to establish probable cause for a search warrant.

## INTRODUCTION

5. On or about January 29, 2021, victims S.P. and C.H. were assaulted in Lukachukai, Arizona. After receiving treatment at Chinle Comprehensive Health Care Facility, C.H. was discharged, but S.P. was air transported to Banner – University Medical Center in Phoenix, Arizona for a higher level of treatment for his injuries.

6. Your Affiant makes this affidavit in support of a search warrant for a residence located in Lukachaukai which is on the Navajo Indian Reservation (Indian Country) in the District of Arizona. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States Code have occurred, including: Assault with a Dangerous Weapon and Use of a Firearm During and in Relation to a Crime of Violence;. There is also probable cause to search the residence fully described in **Attachment A** for evidence of these crimes or fruits of these crime, as specifically described in **Attachment B**.

## PROBABLE CAUSE

7. On January 29, 2021, your Affiant and Navajo Criminal Investigator (CI)

Bennie Jim interviewed C.H. C.H. stated that around 3:00 or 4:00 AM on January 29, 2021, he was with S.P. at their friend M.J.'s house which is near the Lukachukai Chapter House. While falling asleep, C.H. heard a noise outside. Checking through the door opening, C.H. saw three guys burst through the opening. Two of three carried guns. One carried a small rifle, and the another carried two pistols.

8. One struck C.H. with the rifle. Unsure if it was the stock or barrel, C.H. stumbled and fell behind a fire pit. The three guys attacked C.H. and S.P., beating, striking, and kicking them numerous times. Behind the fire pit, C.H. heard three gunshots. After the attack, S.P. told C.H. he was shot.

9. Medical records described that C.H. sustained multiple injuries, including laceration above eye sutured, traumatic orbit injury with laceration, comminuted bilateral nasal facture, maxilla facture, scalp lacerations, and possible gunshot wound, or pellet gun would to Lat thigh without signs of obvious injury.

10. On February 1, 2021, FBI SA Dustin Drace interviewed S.P. S.P. stated that around 11:00 PM on January 29, 2021, he went to M.J.'s house and found C.H., who decided to stay and hang out with S.P.

11. S.P. stated that around 1:00 AM on January 29, 2021, URIAH SHAY (SHAY), also known to S.P. as "Zebo," arrived with an unknown person at M.J.'s house. Because they grew up together in the same area, S.P. and SHAY knew each other, and S.P. used to be friends with SHAY's brother RAVIS NEZ (NEZ). SHAY and the unknown person stayed for about 15 minutes.

12. S.P. stated that around 2:30 or 3:00 AM on January 29, 2021, he heard a

3

knock on the door at M.J.'s residence. S.P. asked who it was and heard the reply, "Zebo." S.P. told him to come in. SHAY, NEZ, and an unknown person entered. Powered lights inside the residence, allowed S.P. to see SHAY, NEZ, and the unknown person. S.P. recognized NEZ because he could see his eyes.

13. NEZ shouted, "nobody fucking move." NEZ then pulled out two handguns. S.P. thought one handgun was a black .45 caliber. NEZ fired one shot, hitting S.P. in right shoulder. S.P. then looked at NEZ. NEZ stated, "don't look at me like that," before firing a second shot hitting S.P. in the abdomen.

14. S.P. stated that SHAY and the unknown person each carried a brown rifle.

15. Medical records described that S.P. sustained gunshot wounds to his abdomen and above his clavicle.

16. Around 4:25 PM on January 29, 2021, your Affiant and CI Jim searched the residence. After searching, your Affiant and CI Jim observed, photographed, and collected two shell casings and a rock with red substance near the fire pit inside the residence.

17. On March 2, 2021, while FBI SA Stanley Arrington was investigating a separate matter, he learned of a drive-by shooting that occurred on or about February 27, 2021, near the Totsoh Store located in Lukachukai, Arizona. SA Arrington and Navajo Police Officer S. Yazzie viewed video surveillance from the victim's residence and observed a four-door Lincoln sedan, black in color, drive up to the victim's residence and the front passenger occupant fired one round from what appeared to be a handgun. The round struck the residence near the front door. The black vehicle sped away after the shooting.

18. While inside the residence, one of the home occupants advised a Lincoln sedan, like the one seen in the surveillance video, was again passing the residence. Navajo Police Officer S. Yazzie conducted a traffic stop on the black Lincoln sedan. SHAY was determined to be the driver of the vehicle. SHAY's relative, G.Y., was the front seat passenger.

19. While SA Arrington interviewed SHAY regarding a separate matter, the Navajo Police Department conducted their post traffic stop investigation. It was learned the Navajo Police Department located an open alcoholic container and subsequently located one revolver style pistol and one homemade 'slam fire' weapon from the front passenger floorboard of SHAY's vehicle. SHAY denied knowledge of the weapon being in the vehicle and said his brother, NEZ, primarily drove the vehicle. SHAY was arrested by the Navajo Police Department.

20. The Navajo Police report reflects that the front seat passenger, G.Y., told police that as the Navajo Police were conducting the traffic stop SHAY stated, "There's guns under your leg, just get out slow."

21. SHAY and NEZ are both Indians.

22. On April 13, 2021, NEZ and SHAY were indicted by a federal grand jury for one count of Assault with a Dangerous Weapon, in violation of 18 U.S.C. §§ 1153, 113(a)(3) and 2, one count of Using a Firearm During a Crime of Violence (Aid and Abet), in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2 and two counts of Assault Resulting in Serious Bodily Injury, in violation of 18 U.S.C. §§ 1153, 113(a)(3) and 2, in case number CR21-8032-PCT-DGC.

23. On May 4, 2021, your Affiant and SA Arrington located the residence fully described in **Attachment A**. At the residence were Barbara Yazzie and Keith Shay. Yazzie stated she is the mother of NEZ, and that NEZ has resided at that residence for approximately 30 years. Also, Yazzie stated that NEZ had been at the residence earlier that day.

## PARTICULAR THINGS TO BE SEIZED

24. Based on the foregoing, your Affiant is seeking a search warrant to search the residence on the property owned by Barbara Yazzie and Keith Shay as described in **Attachment A** for evidence pertaining to the assaults of S.P. and C.H. In particular, your Affiant is seeking a warrant to search for evidence at the residence of Barbara Yazzie and Keith Shay, including any firearms or ammunition/shell casings, clothing or DNA evidence related to the assaults S.P. and C.H described in **Attachment B.**

25. Additionally, based on your Affiant's training and experience, it is also known that indicia of ownership and/or occupancy is important in a criminal case. Such information may help establish possession or control of the premises and/or items within the premises, knowledge, and intent. Based on your Affiant's training and experience, indicia of ownership and occupancy includes such things as: mail (*e.g.*, bills) showing a person's address; ownership documents such, tax documents, or bills of sale; leases or rental documents; identification cards; and photographs of the owners and/or occupants at or within the house or residence.

26. Additionally, based on your Affiant's training and experience, I also know

that those involved in committing a crime and then fleeing the scene may use cellular devices to evade law enforcement, or communicate information related to the crime they committed. This includes but is not limited to text message communications, telephone calls, and location information.

27. The things to be searched for and seized are described further in **Attachment B.**

## CONCLUSION

28. Based on the foregoing, your affiant believes there is probable cause to support that violations of federal law have occurred as described above. The place to be searched is particularly described in **Attachment A**, and the things to be searched for and/or seized are described with particularly in **Attachments B.** Accordingly, your affiant requests the issuance of a federal search warrant for a residence on the property owned by Barbara Yazzie and Keith Shay in Lukachukai, Arizona.

29. This affidavit was sworn telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose.

Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.

_R. Gowdy_
Ryan Gowdy, Special Agent
Federal Bureau of Investigation

✓ **Sworn by Telephone**
Date/Time: _May 13, 2021_

_Michelle Burns_
Hon. Michelle H. Burns
United States Magistrate Judge

7